sUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Miguel Angel De Lancer,

                              Plaintiff,

                    -against-

The Morgan Group LLC, et al.,

                              Defendants.

1:25-cv-06893 (VSB) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

This case contains one or more claims arising under the Fair Labor Standards Act. On March 20, 2026, the Court was apprised that a settlement had been reached during mediation. (*See* ECF No. 54.) In light of the requirements of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties must file a joint letter or motion that addresses whether the settlement is fair and reasonable.

Any such letter or motion shall be filed by Wednesday, April 8, 2026, and should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiffs' case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiffs' claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

The joint letter or motion should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual attorney's hours expended and the relevant experience of the attorney(s). A copy of the settlement agreement itself must

accompany the joint letter or motion.

In addition, the parties are advised that, in accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, they may consent to proceed before Magistrate Judge Aaron for the purposes of *Cheeks* review by submitting the form available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. The parties are free to withhold their consent without adverse consequences.

**SO ORDERED.**

Dated:   New York, New York
         March 25, 2026

_____
STEWART D. AARON
United States Magistrate Judge